## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**NICOLE WALLACE**,

   *Plaintiff*,

v.          Case No.:  6:20-cv-00738-WWB-LRH

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,**

   *Defendants*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC., ONLY

  In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and defendant Experian Information Solutions, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian from this case with prejudice.

  Nothing herein affects Plaintiff's claims against Defendants Trans Union, LLC or Verifacts, Inc.

  Respectfully submitted on July 10, 2020.

        /s/ *Bryan Geiger*_____
        Bryan J. Geiger
        Florida Bar # 119168
        Seraph Legal, P.A.
        2002 E. 5th Avenue, Suite 104
        Tampa, FL 33605
        (813) 321-2348
        bgeiger@seraphlegal.com
        Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 10, 2020 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-notice to counsel for all parties.

*/s/ Bryan J. Geiger*
Bryan J. Geiger, Esq.
FL Bar # 119168