**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICOLE WALLACE**,

    *Plaintiff*,

v.                                                     Case No.: 6:20-cv-00738-WWB-LRH

**VERIFACTS, INC., et al.,**

    *Defendants*.

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT VERIFACTS, INC., ONLY

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and defendant Verifacts, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Verifacts from this case with prejudice.

Nothing herein affects Plaintiff's claims against Defendants Trans Union, LLC.

Respectfully submitted on August 20, 2020.

                                                                      /s/ *Bryan Geiger*
                                                                        Bryan J. Geiger
                                                                        Florida Bar # 119168
                                                                        Seraph Legal, P.A.
                                                                        2002 E. 5th Avenue, Suite 104
                                                                        Tampa, FL 33605
                                                                        (813) 321-2348
                                                                        bgeiger@seraphlegal.com
                                                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2020 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-notice to counsel for all parties.

                                                                      */s/ Bryan J. Geiger*
                                                                        Bryan J. Geiger, Esq.
                                                                        FL Bar # 119168