**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICOLE WALLACE**,

        *Plaintiff*,

v.                              Case No.:  6:20-cv-00738-WWB-LRH

**VERIFACTS, INC., et al.,**

        *Defendants*.
_____/

### NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC

In accordance with Local Rule 3.08, Plaintiff hereby provides notice that Plaintiff and defendant Trans Union, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Trans Union, LLC from this case with prejudice.

Respectfully submitted on October 27, 2020.

                      /s/ *Bryan Geiger*
                      Bryan J. Geiger
                      Florida Bar # 119168
                      Seraph Legal, P.A.
                      2002 E. 5th Avenue, Suite 104
                      Tampa, FL 33605
                      (813) 321-2348
                      bgeiger@seraphlegal.com
                      Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2020 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-notice to counsel for all parties.

                      /s/ *Bryan J. Geiger*
                      Bryan J. Geiger, Esq.
                      FL Bar # 119168